UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL AGUI, ALEXANDER REYES, AND JAMES GIPSON, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>T-MOBILE USA, INC. and John Does #1-10, jointly and severally,<br><br>Defendants. | ECF Case<br><br>No. 09-cv-02955-RJD-RML<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between the undersigned attorneys of record, that this action shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs. The Court has reviewed *in camera* the parties' confidential settlement agreement, including its provision for resolution of Plaintiff's claims pursuant to 29 U.S.C. §§ 201 *et seq.*, and determined that the agreement is fair and reasonable. The settlement agreement shall be maintained in the Court's files under seal.

SO STIPULATED:

PELTON & ASSOCIATES, PC
*Attorneys for Plaintiffs*

By: _____
Brent E. Pelton

111 Broadway, Suite 901
New York, New York 10006
Tel: (212) 385-9700

SEYFARTH SHAW, LLP
*Attorneys for Defendant*

By: _____
Robert S. Whitman

620 Eighth Avenue
New York, New York 10018
Tel: (212) 218-5629

SO ORDERED:

s/ Judge Raymond J. Dearie
_____
Raymond J. Dearie
United States District Judge

Date: 5/4, 2010

12281029v.1